UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| OCTAVIUS ALEXANDER BELL, JR., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV620-039 |
| ROGER STATE PRISON, *et al.*, | ) ) ) | |
| Defendants. | ) | |

### ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 5, to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and the Clerk of Court is **DIRECTED** to close this case. All pending motions are **DISMISSED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of June, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA